**Exhibit A to the Complaint**

**Location:** Voorhees Township, NJ  **IP Address:** 73.150.11.0
**Total Works Infringed:** 25  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | F996B73980F0C05EDC7321FD2739F27C1AD410D3 | 05/17/2025 04:18:16 | Vixen | 05/16/2025 | 05/21/2025 | PA0002531817 |
| 2 | EEBF13FE0AF8700C3AF2AB155681EBA7CA16FA67 | 05/10/2025 05:19:22 | Vixen | 05/09/2025 | 05/20/2025 | PA0002531767 |
| 3 | 97131557222C5B02641C04C8C5EB9938125E084A | 05/08/2025 09:24:04 | TushyRaw | 05/07/2025 | 05/20/2025 | PA0002531762 |
| 4 | DA6BD4659908CA38855772E04BF2F85F495F9F81 | 05/04/2025 10:23:42 | Vixen | 05/02/2025 | 05/21/2025 | PA0002531828 |
| 5 | 6591C9839B23479DFE97467DA51DAF4112D5773E | 04/28/2025 01:52:29 | Tushy | 04/27/2025 | 05/20/2025 | PA0002531765 |
| 6 | E2880A3EB094AA19001804F042C45A915196E690 | 04/20/2025 17:15:11 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 7 | 6D2752357C2DE26CD5673D803E3B5862414B15D9 | 04/20/2025 13:17:26 | Vixen | 04/18/2025 | 04/23/2025 | PA0002527325 |
| 8 | B888E43157454CBDE630193A9A9CF0E59A410862 | 04/14/2025 22:24:48 | Vixen | 04/11/2025 | 04/23/2025 | PA0002527326 |
| 9 | E0463DD294F6C01C3DE0F867908277276397A21B | 04/04/2025 22:39:36 | Blacked | 04/03/2025 | 04/22/2025 | PA0002526946 |
| 10 | 4C471FA3A92581E9BF5FD065F5B348297ADAC2A6 | 04/04/2025 21:59:43 | Vixen | 04/04/2025 | 04/23/2025 | PA0002527321 |
| 11 | F26C1CB09A0F43CE5F0B6CF6712186B7F8A7A473 | 03/31/2025 09:16:43 | Tushy | 03/30/2025 | 04/22/2025 | PA0002526944 |
| 12 | 30732441DD3D55C53272D506C2F558A1F4F40A80 | 03/29/2025 06:50:00 | TushyRaw | 03/28/2025 | 04/23/2025 | PA0002527279 |
| 13 | D2F4D6C58D6986726AFD3AD5527A56E2E94BA5E3 | 03/29/2025 06:41:35 | Vixen | 03/28/2025 | 04/23/2025 | PA0002527310 |
| 14 | 6F829616389AD407D6ACDE205B9FABAAEF7207EE | 03/22/2025 08:05:07 | Vixen | 03/21/2025 | 03/28/2025 | PA0002522461 |
| 15 | D5B8DDB4991E8C37073C19BD73366DF4F8815B36 | 03/15/2025 16:56:06 | Vixen | 03/14/2025 | 03/28/2025 | PA0002522510 |
| 16 | A16E8C13BF830FD46D6104D9D45182B2D41F60D2 | 03/06/2025 09:59:49 | Milfy | 03/05/2025 | 03/28/2025 | PA0002522501 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | DFDA8C0C6AA09EDA5A53EA46045B897756F797E1 | 03/05/2025 09:59:23 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 18 | 2A77CA8718FAA62240F68159F6740EB210ED2DD2 | 03/01/2025 10:11:53 | Vixen | 02/28/2025 | 03/28/2025 | PA0002522464 |
| 19 | 2006F0BAEC6CA3AC04C70562AB30F8E725794AA1 | 02/09/2025 11:01:20 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 20 | 8E3266341E0FA933BDA3543457EBEB1A6615D098 | 02/02/2025 14:41:36 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 21 | ADD81D95E45FF471AEC7647DFD8888BDA41199FA | 01/29/2025 19:50:59 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 22 | 713FE50B180C1C3B8ACAED7C0C366D1075F2AF15 | 11/26/2024 00:20:55 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 23 | EAA441454E4C6398C0919C1EBDC630E6C4851F0D | 11/05/2024 19:22:56 | Vixen | 11/01/2024 | 11/18/2024 | PA0002500861 |
| 24 | 3E531B742BCD9238096E7BB11C0A1C41AB898AD2 | 11/05/2024 15:57:51 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 25 | 433126812EACC9590D6142EDFC399F8F7BFAAF29 | 07/24/2024 11:45:19 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |